IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL NO: 5:12-CV-202-R

**ANDRE HOWARD,** *Plaintiff*

vs.

**PHILLIPS & COHEN ASSOCIATES, LTD. .** *Defendant*

Serve:
1002 Justison Street
Willmington, Delaware 19801

## COMPLAINT

NOW COMES Plaintiff, ANDRE HOWARD, by and through his attorneys, KROHN & MOSS, LTD., and for his Complaint against Defendant, PHILLIPS & COHEN ASSOCIATES, LTD. alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq*. ("FDCPA").

## PARTIES

2. Plaintiff, ANDRE HOWARD ("Plaintiff") is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Christian.

3. Plaintiff is a consumer as that term is defined by 15 *U.S.C. § 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term in defined by 15 *U.S.C. § 1692a(5)*.

4. Defendant is a debt collector as defined by *15 U.S.C. § 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

5. Defendant is a national debt collection corporation with its main office located in Willmington, Delaware.

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

9. Venue is proper under *28 U.S.C. § 1391(b)(1)*.

## FACTUAL ALLEGATIONS

10. In or around October of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt, account number ending in-3327.

11. Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

12. Defendant called Plaintiff's telephone number at 270-886-89XX.

13. In or around September, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* transcribed voicemail message attached hereto as Exhibit A.

14. In the voicemail message, Defendant's representative, failed to meaningfully disclose the company's name or the nature of the call or state that the call was from a debt

collector. *See* Exhibit A.

15. In the voicemail message, Defendant's representative, directed Plaintiff to call him back at 1-866-504-9784, which is a number that belongs to Defendant. *See* Exhibit A.

16. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant did not provide the identity of the caller or the nature of the debt.

   b. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

   c. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   d. Defendant violated §1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, ANDRE HOWARD, respectfully requests judgment be entered against Defendant, PHILLIPS & COHEN ASSOCIATES, LTD. for the following:

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*;

20. Any other relief that this Honorable Court deems appropriate.

Respectfully Submitted,

**ANDRE HOWARD**

By: /s/ Shireen Hormozdi

Shireen Hormozdi
Kentucky Bar No. 93993
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com