UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-202-R

ANDRE HOWARD                                                                        PLAINTIFF

V.

PHILLIPS & COHEN ASSOCIATES, LTD.                                   DEFENDANT

## ORDER OF DISMISSAL

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel