# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### CIVIL NO: 5:12-cv-00202-TBR

**ANDRE HOWARD,**                                            *Plaintiff*

vs.

**PHILLIPS & COHEN ASSOCIATES, LTD.**                        *Defendant*

* * * * * * *

NOW COMES the Plaintiff, ANDRE HOWARD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: February 6, 2013

Respectfully Submitted,

By: /s/ Shireen Hormozdi

Shireen Hormozdi
Kentucky Bar No. 93993
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on February 6, 2013, I served all counsel of record with a copy of this document by way of the CM/ECF system.

/s/ Shireen Hormozdi
Shireen Hormozdi, Esq.
Attorney for Plaintiff